TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************
UNITED STATES

-v.-                       20-MJ-172
TOM BLAHA                  Docket Number

******************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Devon Lash
Firm Name:
Address: U.S. Attorney's Office, E.D.N.Y.
         271 Cadman Plaza East, Brooklyn New York, 11201
Phone Number: (718)254-6014
E-Mail Address: devon.lash@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ONGOING CRIMINAL INVESTIGATION

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn                , NEW YORK
       February 19, 2020

U.S. ~~DISTRICT JUDGE~~/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE February 19, 2020
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

February 19, 2020                    DEVON LASH
DATE                                 SIGNATURE