# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

_Thomas Blaha_
**Defendant.**

NOTICE OF APPEARANCE

Docket Number : 20 MJ 172

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by _Thomas Blaha_ the above named defendant. I was admitted to practice in this district on _April 1994_.

Signature : _[signature]_
Print Name : _Kevin B Faga_
Bar Code : _KF 5829_
Office Address : _1133 Westchester Ave N-202, White Plains NY 10604_
Telephone # : _914 358 1373_

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.