# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert M. Levy          DATE:  2/26/20

DOCKET NUMBER:   20-172M          LOG #:  11:25 – 11:34

DEFENDANT'S NAME:   Tom Blaha
___ Present   ✓ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL:   Kevin Faga
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:   Anna Karamigios          CLERK:   Felix Chin

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____.  Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  2  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Bond modified to permit travel to Westchester for attorney visits. Addresses of properties corrected