

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK:ALK
F. #2020R00209

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 18, 2020

<u>By ECF</u>

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Tom Blaha
     <u>Criminal Docket No. 20-MJ-172</u>

Dear Judge Bloom:

  On March 16, 2020, Chief Judge Roslynn R. Mauskopf issued Administrative Order No. 2020-06. That Administrative Order excludes time under the Speedy Trial Act in all criminal matters from March 16, 2020 to April 27, 2020, finding that the ends of justice served by taking such action outweigh the interests of the parties and the public in a speedy trial and in the time in which an indictment must be filed.

  The parties submit this letter to memorialize additional reasons why an exclusion of time is in the interest of justice in this case. In particular, the parties submit that an exclusion of time in this case will facilitate plea negotiations. Counsel for the defendant has conferred with the defendant, who consents to the exclusion of time until April 27, 2020.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

     By:    /s/
          Anna L. Karamigios
          Assistant U.S. Attorney
          (718) 254-6225

cc: Clerk of Court (LB) (By ECF)
   Kevin Faga, Esq. (By e-mail)