# KEVIN B. FAGA, ESQ., P.C.
ATTORNEYS AT LAW

1133 Westchester Avenue
Suite N-202
White Plains, New York 10604
(914) 358-1373
(914) 358-1381 fax
Kevin@kevinbfaga.com
www.kevinbfaga.com

April 10, 2020

Duty Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    USA v. Thomas Blaha
                        20-MJ-172

Dear Sir/Madam:

      I am the attorney for Defendant Thomas Blaha. On February 20, 2020, Mr. Blaha was arrested and arraigned before Hon. Vera M. Scanlon, who set terms and conditions of pretrial release. Among the conditions of Mr Blaha's pretrial release, Mr Blaha is required to post his Garden City, NY home, three (3) rental condominiums in Boca Raton, Florida and his stock in Memory Protection Devices, Inc, as security for the $1million bond.

      The Garden City home and corporate stock were to be pledged by February 27, 2020 and the Florida properties were to be pledged by today, March 5. The home and stock (the combined value of which exceed the $1million bond) were promptly pledged by confession of judgment on, filed in the Nassau County Supreme Court, on February 25, 2020. Posting the Florida properties, however, has proven more difficult than expected. With the assistance of AUSA Karamigios, we have determined that mortgages will have to be filed in Palm Beach County.

      Based on conversations with Florida attorneys and the uncertainties caused by the COVID-19 changes to government office staffing, I respectfully ask that Mr. Blaha's time to complete the pledge of the Florida condominiums be extended to June 10, 2020. I have spoken with AUSA Karamigios, who consents to this request.

      The purpose of this letter is to ask the Court for an additional two weeks to continue to my efforts to pledge the Florida condominiums.

  I thank the Court for its consideration.

                Very truly yours,

                *Kevin B. Faga*
                Kevin B. Faga, Esq.

cc: AUSA Anna Karamigios, via email



United States Magistrate Judge
Eastern District of NY

April 10, 2020