BEFORE:   A. Kathleen Tomlinson, USMJ        DATE:   6-30-2020     TIME START:  1:00 p.m. (28 minutes)

## CRIMINAL CAUSE FOR ARRAIGNMENT (via telephone)

DOCKET #:  CR-20-0220-JMA-AKT            CAPTION:   USA v. Blaha

DEFENDANT:  Thomas Blaha                 COUNSEL:   Kevin B. Faga
 X  Present        ___ Not Present       ___CJA    X  Retained    ___Federal Defenders
 ___In custody    X  Bail    ___Self Surrender

GOVERNMENT:    Anna L. Karamigios

INTERPRETER:  ___                        COURTROOM DEPUTY:   ELR for MVR

PRETRIAL REPORT PREPARED BY:   Kathy Rodriguez; Brian Manganaro present

FTR:  1:02 – 1:30

 X   Case called.

 X   Defendant(s) arraigned on Count(s) 1 through 7 of the Indictment.

 X   Defendant(s) initial appearance.

 X   Defendant(s) waives further public reading and pleads NOT guilty to Count(s) 1 through 7 of the Indictment.

 X   **Speedy Trial Waiver executed.**    Speedy Trial Order Information: Code Type:   X-
                                          Start Date:    7-6-2020 XSTART
                                          Stop Date:     9-24-2020 XSTOP

 ___ Order Setting Conditions of Release and Bond executed for defendant.  Special conditions apply.  SEE BOND for details.

 ___ Temporary Order of Detention entered for defendant (s): _____
     Bail/Detention Hearing scheduled for: _____ at _____ before Judge _____.

 ___ Permanent Order of Detention entered for defendant.

 X   Status Conference set for:  **9-24-2020 at 11:30 p.m. before District Judge Joan M. Azrack.**

 ___ Defendant continues Bond. Conditions remain the same.

 ___ Defendant remains in custody.

 X   Defendant remains on bond.

**OTHER:**  Defense counsel advises the Court of issues regarding the bond conditions, specifically those that pertain to the properties in Florida owned by the defendant. Parties are directed to confer and provide a status of these issues within 2 weeks of the date of this conference.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2020 ★
LONG ISLAND OFFICE