BEFORE: JOAN M. AZRACK            DATE: 9/24/2020
UNITED STATES DISTRICT JUDGE      TIME: 11:40 AM (5 Mins.)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00220 (JMA)**

**DEFENDANT: Thomas Blaha**      **DEF. #: 1**
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Kevin B. Faga**
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA:** Anna L. Karamigios

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley      COURTROOM DEPUTY: DJF

☒   Case Called.      ☒   Counsel present for all sides.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 9/24/2020 through 11/5/2020.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
     ☐   Detention hearing scheduled for .
☐   Bail hearing held. Disposition:
☐   Next court appearance scheduled on .

Defendant    ☒   Remains on Bond    ☐   Remains in Custody.

OTHER: Defendant consents to today's conference proceeding by telephone. A further telephone status conference is scheduled for November 5, 2020 at 2:30 PM. The proceeding will be conducted through the AT&T teleconference center. The parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.