

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:ALK
F. #2020R00209

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2020

By ECF and E-mail

Kevin Faga, Esq.
1133 Westchester Avenue
Suite N-202
White Plains, NY 10604

      Re:    United States v. Thomas Blaha
               Criminal Docket No. 20-220 (JMA)

Dear Counsel:

Enclosed please find the government's supplemental production of discovery in the above-referenced case. The government reiterates its request for reciprocal discovery from the defendant.

I.    Warrants

Please find enclosed two search warrants, and the affidavits filed in support of the search warrants, under Docket Numbers 19-1141 M and 19-M-1161.

II.     Documents and Tangible Objects

Pursuant to Federal Rule of Criminal Procedure 16, please find enclosed U.S. Customs and Border Protection records relating to the defendant's travel, Bates-numbered TB000134 – TB000142.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:    /s/ Anna L. Karamigios
Anna L. Karamigios
Assistant U.S. Attorney
(718) 254-6225

Enclosures

cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)