| | |
|---|---|
| **BEFORE:  JOAN M. AZRACK**<br>**UNITED STATES DISTRICT JUDGE** | **DATE:** 11/5/2020<br>**TIME:** 1:30 PM (10 Mins.) |

**FILED CLERK**

1:40 pm, Nov 05, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00220 (JMA)**

**DEFENDANT: Thomas Blaha**     **DEF. #: 1**
☒ Present   ☐ Not present     ☐ Custody   ☒ Bail
**DEFENSE COUNSEL:  Kevin B. Faga**
☐ Federal Defender   ☐ CJA     ☒ Retained

**AUSA:  Anna L. Karamigios**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley       COURTROOM DEPUTY: DJF

☒   Case Called.     ☒   Counsel present for all sides.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 11/5/2020 through 12/9/2020.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
     ☐ Detention hearing scheduled for  .
☐   Bail hearing held.  Disposition:
☐   Next court appearance scheduled on  .

Defendant   ☒   Remains on Bond     ☐   Remains in Custody.

OTHER: All parties consent to today's conference proceeding by telephone.  A further telephone status conference is scheduled for December 9, 2020 at 3:30 PM. The proceeding will be conducted through the AT&T teleconference center.  The parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.