BEFORE:  JOAN M. AZRACK                                       DATE:  12/9/2020
UNITED STATES DISTRICT JUDGE                          TIME:  3:30 PM (10 Mins)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00220 (JMA)**

**FILED**
**CLERK**

**DEFENDANT: Thomas Blaha**         **DEF. #: 1**
☒ Present    ☐ Not present         ☐ Custody     ☒ Bail

12/9/2020 4:26 pm

**DEFENSE COUNSEL:  Kevin B. Faga**
☐ Federal Defender        ☐ CJA        ☒ Retained

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AUSA:  Anna L. Karamigios**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Dominick Tursi      COURTROOM DEPUTY: DJF

☒   Case Called.            ☒   Counsel present for all sides.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial executed; time excluded from 12/9/2020 through 1/12/2021.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
        ☐  Detention hearing scheduled for  .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled on 1/12/2021 at 3:00 PM. The proceeding will be conducted through the AT&T teleconference center.  The parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.


Defendant     ☒   Remains on Bond     ☐   Remains in Custody.

OTHER: All parties consent to today's conference proceeding by telephone.