BEFORE: JOAN M. AZRACK  　　　　　　　　　　DATE: 1/12/21
UNITED STATES DISTRICT JUDGE  　　　　　　TIME: 3:00 PM (10 Mins)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00220 (JMA)**

**FILED
CLERK**

1/12/2021 3:39 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Thomas Blaha　　　　DEF. #: 1**
☒ Present　☐ Not present　☐ Custody　☒ Bail
**DEFENSE COUNSEL: Kevin B. Faga**
☐ Federal Defender　☐ CJA　☒ Retained

**AUSA:** Anna L. Karamigios

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger　　　COURTROOM DEPUTY: LMP

☒　Case Called.　☒　Counsel present for all sides.
☐　Initial Appearance and Arraignment held.
☐　Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒　Waiver of speedy trial executed; time excluded from 1/12/2021 through 4/21/2021.
☐　Order setting conditions of release and bond entered.
☐　Permanent order of detention entered.
☐　Temporary order of detention entered.
　　　☐　Detention hearing scheduled for  .
☐　Bail hearing held. Disposition:
☒　Next court appearance scheduled on 4/21/2021 at 1:30 PM. The proceeding will be conducted through the AT&T teleconference center. The parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.

Defendant　☒　Remains on Bond　☐　Remains in Custody.

OTHER: All parties consent to today's conference proceeding by telephone.