**BEFORE: JOAN M. AZRACK**           DATE: 4/21/21
**UNITED STATES DISTRICT JUDGE**     TIME: 1:30 PM (10 Mins)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00220 (JMA)**

**FILED**
**CLERK**
1:58 pm, Apr 21, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Thomas Blaha**    **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Kevin Faga**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA:** Anna Karamigios

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley    COURTROOM DEPUTY: LMP

☒ Case Called.    ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial entered; time excluded from 4/21/2021 through 6/8/2021.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for _.
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled on 6/8/2021 at 12:30 PM. The proceeding will be conducted through the AT&T teleconference center. The parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.

Defendant   ☒ Remains on Bond   ☐ Remains in Custody.

OTHER: All parties consent to today's conference proceeding by telephone.