

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

ALK
F. #2020R00209

*271 Cadman Plaza East
Brooklyn, New York 11201*

June 2, 2021

<u>By Email and ECF</u>

The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Thomas Blaha
      <u>Criminal Docket No. 20-220 (JMA)</u>

Dear Judge Azrack:

   The government submits this letter on behalf of the parties to respectfully request an adjournment of the status conference currently scheduled for June 8, 2021. The parties are engaged in substantive plea negotiations and intend to continue those negotiations with the aim of reaching a disposition of this matter short of trial. Accordingly, the parties jointly request that the Court adjourn the status conference for approximately 30 days and exclude time, in the interest of justice, until then. <u>See</u> 18 U.S.C. § 3161(h)(7)(iv). The parties will promptly notify the Court in the event they reach a disposition.

           Respectfully submitted,

           MARK J. LESKO
           Acting United States Attorney

      By:    /s/
           Anna L. Karamigios
           Assistant U.S. Attorney
           718-254-6225

cc: Counsel of Record (by Email and ECF)