

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALK
F. #2020R00209

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 2, 2021

<u>By ECF and E-mail</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Thomas Blaha
     <u>Criminal Docket No. 20-220 (JMA)</u>

Dear Judge Azrack:

  The government respectfully requests that the Court enter the enclosed Stipulation and Proposed Order pertaining to sensitive discovery materials. The government has conferred with defense counsel and the parties have stipulated and agreed to the terms of the order.

          Respectfully submitted,

          JACQUELYN M. KASULIS
          Acting United States Attorney

      By:  /s/
          Anna L. Karamigios
          Assistant U.S. Attorney
          (718) 254-6225

cc: Clerk of the Court (JMA) (by Email)
   Kevin Faga, Esq. (by Email)