

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

ALK
F. #2020R00209

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 6, 2021

By ECF and E-mail

Kevin Faga, Esq.
1133 Westchester Avenue
Suite N-202
White Plains, NY 10604
Email: kevin@kevinbfaga.com

    Re: United States v. Thomas Blaha
       Criminal Docket No. 20-220 (JMA)

Dear Counsel:

  Enclosed please find the government's supplemental production of discovery in the above-referenced case. As indicated below, some of the discovery is designated as Sensitive Discovery Material under the Protective Order entered on July 6, 2021.

  Please find enclosed the following additional materials:

- A redacted National Center for Missing & Exploited Children CyberTipline Report, Bates numbered TB000143 – TB000157, which is designated as Sensitive Discovery Material;

- Extracted and redacted communications between the defendant and Jane Doe, Bates numbered TB000158 – TB000183, which are designated as Sensitive Discovery Material. The full set of materials received from Facebook pursuant to the search warrant produced to you on November 3, 2020 remain available for your review in person at your request; and

- A redacted Homeland Security Investigations Forensic Laboratory Report, Bates numbered TB000184. The images referenced in the report are available for your review in person at your request.

Additionally, a photo array in which Jane Doe identified the defendant in a series of photographs may be viewed in person at your request.

The government reiterates its request for reciprocal discovery from the defendant.

Very truly yours,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/ Anna L. Karamigios
Anna L. Karamigios
Assistant U.S. Attorney
(718) 254-6225

Enclosures

cc:   Clerk of the Court (JMA) (by ECF) (without enclosures)