| | |
|---|---|
| **BEFORE:  JOAN M. AZRACK**  <br> **UNITED STATES DISTRICT JUDGE** | **DATE:** 7/7/21 <br> **TIME:** 12:30 PM (10 Mins) |

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-00220 (JMA)**

**FILED**
**CLERK**

12:57 pm, Jul 07, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Thomas Blaha**  **DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL:  Kevin Faga**
☐ Federal Defender  ☐ CJA  ☒ Retained

**AUSA:  Anna Karamigios**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino   COURTROOM DEPUTY: LMP

☒   Case Called.  ☒   Counsel present for all sides.
☒   All parties consent to today's conference proceeding by telephone.
☐   Initial Appearance and Arraignment held.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒   Waiver of speedy trial entered; time excluded from 7/7/2021 through 9/9/2021.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
       ☐ Detention hearing scheduled for  .
☐   Bail hearing held.  Disposition:
☒   Next court appearance scheduled on 9/9/2021 at 12:00 PM. The proceeding will be conducted through the AT&T teleconference center.  The parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.

Defendant   ☒   Remains on Bond   ☐   Remains in Custody.

OTHER: