BEFORE:  JOAN M. AZRACK                    DATE:  9/9/21
UNITED STATES DISTRICT JUDGE               TIME:  12:00 PM (10 Mins)

<u>**CRIMINAL CAUSE FOR STATUS CONFERENCE**</u>

**DOCKET NO. 20-cr-00220 (JMA)**

**DEFENDANT: Thomas Blaha**          **DEF. #: 1**
☒ Present    ☐ Not present      ☐ Custody    ☒Bail
**DEFENSE COUNSEL:  Kevin Faga**
☐ Federal Defender          ☐ CJA        ☒ Retained

**AUSA:  Robert Pollack for Anna Karamigios**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid          COURTROOM DEPUTY: LMP

☒    Case Called.          ☒    Counsel present for all sides.
☒    All parties consent to today's conference proceeding by telephone.
☐    Initial Appearance and Arraignment held.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒    Waiver of speedy trial entered; time excluded from 9/9/2021 through 4/11/2022.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
        ☐    Detention hearing scheduled for .
☐    Bail hearing held.  Disposition:
☒    Jury selection and trial scheduled on 4/11/2022 at 9:30 AM before Judge Azrack.

Defendant       ☒    Remains on Bond      ☐    Remains in Custody.

OTHER:

FILED
CLERK

12:34 pm, Sep 09, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE