UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA

    -AGAINST-

THOMAS BLAHA

    **Defendants**
-----------------------------------------------X

**ORDER OF REFERRAL**
CASE NUMBER 20-cr-220 (JMA)

AZRACK , District Judge

The above-referenced criminal case is hereby referred to Magistrate Judge Steven Tiscione for the following purposes.

☐ 1. To conduct arraignments and bail hearings;

☑ 2. Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐ 3. With consent of the parties as indicated below, to select a jury of

☐ 4. Defendant's motion .

SO ORDERED.

/s/ Joan M. Azrack
**United States District Judge**

Dated: 01/26/2022
Central Islip, N.Y.

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

Dated:
Central Islip, N.Y.

_____
**Defendant**

_____
**Counsel for defendant**

_____
**Assistant U.S. Attorney**

/s/ Steven Tiscione
**UNITED STATES MAGISTRATE JUDGE**