BEFORE: STEVEN L. TISCIONE                          DATE: 2/10/2022
UNITED STATES MAGISTRATE JUDGE                      TIME: 2:00 PM

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET No. 20-CR-220**

**DEFENDANT: Thomas Blaha**          **DEF. #**
☒ Present    ☐ Not Present       ☐ Custody   ☒ Bail/Surrender

**DEFENSE COUNSEL**: Kevin Faga
☐      Federal Defender     ☐    CJA         ☒      Retained

**A.U.S.A.**: Anna Karamigios

INTERPRETER:  None

PROBATION OFFICER/PRETRIAL:

COURT REPORTER/FTR LOG: 2:04-2:28          MAGISTRATE DEPUTY: SHW

☒    Case called        ☒    Counsel for all sides present

☒    Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒    Defendant enters a Plea of Guilty to Count(s) 3 of the Indictment

☒    Court finds a factual basis for the plea and accepts it

Sentencing:      ☐  Set for _____ before Judge _____

                 ☒   To be determined/set by probation

Defendant:       ☐  Continued in Custody

                 ☒  Bail Set/Continued

☒  Plea agreement marked as Ex. 1 and returned to the Government.

☒  Transcript ordered


OTHER:  Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Tiscione, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge. Counsel for Jane Doe asked that they be heard on the issue of restitution and to give a victim statement at the appropriate time. Judge Tiscione asked the government to keep the attorneys for Jane Doe advised on sentencing dates.