**FILED**
**CLERK**
1:52 pm, Feb 16, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

THOMAS BLAHA,

          Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Docket No. 20-CR-220 (JMA)

      IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on February 10, 2022, before United States Magistrate Judge Steven L. Tiscione, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

      IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on February 10, 2022, before Magistrate Judge Tiscione is accepted.

      IT IS SO ORDERED.

                             /s/ Joan M. Azrack
                             THE HONORABLE JOAN M. AZRACK
                             UNITED STATES DISTRICT JUDGE
                             EASTERN DISTRICT OF NEW YORK

Dated: Central Islip, New York
       February 16, 2022