

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2020R00209

*610 Federal Plaza*
*Central Islip, New York 11722*

July 13, 2022

By ECF
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v Thomas Blaha.
      Criminal Docket No. 20-CR-220 (JMA)

Dear Judge Azrack:

   Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-captioned case, the terms of which the defendant, Thomas Blaha, has agreed to in connection with his guilty plea before the Honorable Steven L. Tiscione on February 16, 2022. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By:  */s/ Madeline O'Connor*
          Madeline O'Connor
          Assistant U.S. Attorney
          (631) 715- 7870

Encl.: Preliminary Order of Forfeiture
cc: Counsel of Record (by ECF)