

1133 Westchester Avenue
Suite N-202
White Plains, New York 10604
Office: 914-358-1373
Fax: 914-358-1381
www.attorneyswestchester.com

**VIA ECF**

July 22, 2022

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York

                Re: USA v. Blaha
                    20 CR 220 (JMA)

Dear Judge Azrack:

      The above referenced matter is scheduled for sentencing on August 2, 2022. The purpose of this letter is to request an adjournment of the sentencing. I have been out of the office for most of the past two months, due to personal family matters. As a result, I have not filed a sentencing submission herein, and respectfully request an additional four weeks to do so.

      Additionally, I am aware Mr. Blaha's financial disclosure is lacking. It is my understanding Mr. Blaha and his business partners are at odds over certain issues related to a buyout of the defendant's shares of the closely held corporation. The amount of the buyout will have a significant impact on his ability to pay restitution and/or a fine. To complicate that process, one of the shareholders passed away, in recent weeks. According to the attorneys representing Mr. Blaha in that matter, negotiations are stalled, until a representative of the estate is appointed by a surrogates court.

      Further still, among Mr. Blaha's many health conditions, on June 30, 2022, he was advised to see a specialist, for worsening kidney function. The first available appointment was September 21, 2022.

      For the several foregoing reasons, I respectfully request an adjournment of the sentencing to late September. I thank the Court for its courtesy and consideration.

                                                  Very truly yours,

                                                  Kevin B. Faga (KF5829)

cc: AUSA A. Karamigios, via ECF