**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2020R00209

*610 Federal Plaza*
*Central Islip, New York 11722*

October 12, 2022

By ECF
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Thomas Blaha
Criminal Docket No. 20CR220 (JMA)

Dear Judge Azrack:

The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture (the "Final Order") against defendant, Thomas Blaha, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. Additionally, the government respectfully requests the Court orally pronounce forfeiture at the defendant's sentencing and attach the Final Order to the Judgment of Conviction.

Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about July 14, 2022 (*see* Docket Entry No. 40), the United States was directed to judicially seize and commence publication as to the seized assets described therein. Publication was completed on August 29, 2022. *See* Docket Entry no. 43 (Declaration of Publication). No third-party claims have been filed and the time to do so has expired.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Madeline O'Connor
Madeline O'Connor
Assistant U.S. Attorney
(631) 715-7870

Encl.: Final Order of Forfeiture
cc: Counsel of Record (by ECF)