FR:MMO
F. #2020R00209

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>FINAL ORDER OF FORFEITURE</u> |
| - against - | 20 CR 220 (JMA) |
| THOMAS BLAHA, | |
| Defendant. | |

- - - - - - - - - - - - - - - - X

WHEREAS, on or about February 16, 2022, Thomas Blaha (the "defendant"), entered a plea of guilty to Count Three of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2552(c);

WHEREAS, on July 14, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in: (i) one Lenovo laptop with serial number PF01ZPC8; (ii) one Samsung cellular phone with serial number R3CM709YQ5K; (iii) one iPad Pro with serial number DLXXP9HHK7RG; (iv) one MOBL hard drive with serial number MD2120GBFFSBSIL; (v) one Patriot Memory USB flash drive; (vi) one PNY SD card; (vii) one SanDisk Micro SD card; and (viii) one Kingston Micro SD card, seized on or about December 18, 2019, in Garden City, New York (the "Seized Property"), is forfeitable to the United States, pursuant to 18 U.S.C. § 2253(a), as (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) property, real and personal, constituting or traceable to gross profits or other proceeds obtained as a result of the defendant's violation of 18 U.S.C. § 2251(c); (c) property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and/or (d) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning July 26, 2022, through and including August 24, 2022 (Docket no. 43); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 2253(a) and 2253(b) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Bureau of Immigration and Customs Enforcement, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail one (1) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: FSA Law clerk, Beth Ann Bentley, 610 Federal Plaza, Central Islip, New York 11722.

Dated:   Central Islip, New York
_____, 2022

SO ORDERED:

_____
HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK