BEFORE:  JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

DATE: 11/2/2022
TIME: 10:15 AM (45 min)

## <u>CRIMINAL CAUSE FOR SENTENCING</u>

**FILED**
**CLERK**

1:34 pm, Nov 02, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DOCKET NO. 20-cr-220 (JMA)**

**DEFENDANT: Thomas Blaha**          **DEF. #: 1**
☒ Present    ☐ Not present        ☐ Custody    ☒ Bail
**DEFENSE COUNSEL: Kevin Faga**
☐ Federal Defender        ☐ CJA        ☒ Retained

**AUSA: Anna Karamigios**

INTERPRETER:

PROBATION OFFICER:  Gregory Giblin

COURT REPORTER: Paul Lombardi          COURTROOM DEPUTY: LMP

☒    Case Called.        ☒    Counsel present for all sides.
☒    Sentencing held.        ☐    Sentencing adjourned to  .
☒    Statements of victim, defendant and counsel heard.
☒    Defendant sentenced on Count 3 of the Indictment.

SENTENCE TEXT:  Imprisonment: 200 months. Supervised release: 5 years, with special conditions. Special assessment: $100.00. Fine: $40,000.00. JVTA: $5,000.00.  Restitution ordered as set forth in the Judgment.

☒    Remaining open counts are dismissed on
            ☒    Government's motion.        ☐    Court's motion.
☒    Court advised defendant of right to appeal.
☐    Defendant waived right to appeal in plea agreement.
☐    Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant        ☐    Remains in Custody.    ☐    On bail pending appeal.
☒    Shall surrender to the institution designated by the U.S. Bureau of Prisons by 2:00 PM on 1/13/2023.

OTHER: [47] Motion for forfeiture granted; order signed.