UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Docket No. |
| v. | CR-20-0220 (JMA) |
| THOMAS BLAHA, | |
| Defendant, | |
| and | |
| MEMORY PROTECTION DEVICES, INC. | |
| Garnishee. | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor Thomas Blaha ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $963,877.00 plus interest, entered in United States v. Thomas Blaha, Criminal Docket CR-20-0220 (E.D.N.Y.).

The sum of $454,012.38 has been credited toward the judgment, leaving a total balance due of $509,864.62, as of August 16, 2023.

Debtor's last known address is: Thomas Blaha, 92291-053, FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ, 08640

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

1

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

        **Memory Protection Devices**, Inc.
        c/o Carl Koerner, Counsel
        White and Williams LLP
        7 Times Square, Suite 2900
        New York, NY 10036

Dated:   Brooklyn, New York
         August 16, 2023

                                        BREON PEACE
                                        United States Attorney

By:   _____
       DANIEL G. SAAVEDRA
       Assistant U.S. Attorney
       (718) 254-6360