IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS BLAHA,<br><br>and,<br><br>MEMORY PROTECTION DEVICES, INC.<br>. | Criminal Docket No.<br>CR-20-0220(JMA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Carl Koerner, Esquire and Agatha C. Mingos, Esquire, of White and Williams, LLP, hereby appear in the above-captioned matter as counsel for Garnishee Memory Protection Devices, Inc.

|  |  |
|---|---|
| Dated: August 17, 2023 | **WHITE AND WILLIAMS LLP**<br><br>BY: _____<br>Carl Koerner, Esquire<br>Agatha C. Mingos, Esquire<br>7 Times Square, Suite 2900<br>New York, NY 10036<br>(212) 631-4438<br>koernerc@whiteandwilliams.com<br>mingosa@whiteandwilliams.com<br>*Attorneys for Garnishee Memory Protection Devices, Inc.* |

31083682v.1

## **CERTIFICATE OF SERVICE**

I, Agatha Mingos, certify that a true and correct copy of the foregoing Notice of Appearance was served on this date upon all counsel of record via the Court's ECF system.

_____
Agatha Mingos

Dated: August 17, 2023