IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Docket No. |
| v. | CR-20-0220(JMA) |
| THOMAS BLAHA, | |
| and, | |
| MEMORY PROTECTION DEVICES, INC. | |

## CERTIFICATE OF SERVICE

I, Agatha Mingos, certify that a true and correct copy of the Answer of Garnishee was served on this date upon all counsel of record via the Court's ECF system, and upon the following addresses below by First Class Mail:

>Clerk of the Court
>Eastern District of New York
>United States Courthouse
>225 Cadman Plaza East, Rm. 130
>Brooklyn, New York 11201
>
>Daniel G. Saavedra
>Assistant U.S. Attorney
>United States Attorney's Office
>271 Cadman Plaza East
>Brooklyn, New York 11201
>
>Kevin Faga, Esq.
>Attorney for Thomas Blaha
>Faga Hladki, LLP
>1133 Westchester Avenue
>Suite N-202
>White Plains, New York 10604
>
>Thomas Blaha, 92291-053
>FCI Fort Dix
>Federal Correctional Institution

P.O. Box 2000
Joint Base MDL, NJ, 0864

The Estate of David Kassel
c/o Lauren Nakachi
McCarter & English
100 Mulberry Street
Newark, NJ 07102

Dated: August 22, 2023 BY: **WHITE AND WILLIAMS LLP**

Carl Koerner, Esquire
Agatha C. Mingos, Esquire
7 Times Square, Suite 2900
New York, NY 10036
(212) 631-4438
koernerc@whiteandwilliams.com
mingosa@whiteandwilliams.com
*Attorneys for Garnishee Memory Protection Devices, Inc.*