

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2023

**By ECF**
Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States of America v. Thomas Blaha,
                Criminal Docket No. CR-20-022 (EDNY)(JMA)

Dear Judge Azrack:

      The Government respectfully submits the attached Declaration in Support of an Order of Garnishment and proposed Order of Garnishment for Your Honor's review and signature. The proposed Order provides for the garnishment of the shares of common stock currently held by Memory Protection Devices, Inc. ("MPD" or "garnishees") to partially satisfy the Defendant's restitution obligation.

      The Government thanks the Court for its consideration of this matter.

                          Respectfully submitted,

                          BREON S. PEACE
                          United States Attorney

           By:    /s/  Daniel G. Saavedra
                  Daniel G. Saavedra
                  Assistant U.S. Attorney
                  (718) 254-6360