UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                             **ORDER OF GARNISHMENT**

THOMAS BLAHA,

                                         Criminal Docket
            Defendant,               No. CR-20-0220 (JMA)

      and

MEMORY PROTECTION DEVICES, INC.,

      Garnishee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, a Writ of Continuing Garnishment and supporting documents, directed to the Garnishee, Memory Protection Devices, Inc. ("Garnishee"), were duly issued and served upon the Garnishee on the basis of a restitution judgment imposed by the Court on November 2, 2022, in the amount of $963,877.00, plus interest, against the Defendant, Thomas Blaha ("Defendant"), and in favor of the United States of America; and

WHEREAS, as of September 18, 2023, the outstanding balance of the Defendant's restitution judgment is $509,814.62, with interest continuing to accrue on this debt; and

WHEREAS, the Garnishee filed an Answer to the Writ of Continuing Garnishment on August 22, 2023, via its President Charles B. Engelstein, stating that it had in its custody, control, or possession, sixty-six and 2/3 shares (66 2/3) of the common stock in Memory Protection Devices, Inc. in which the Defendant has an interest with a value of $400,000.00;

WHEREAS, the Garnishee further averred that, pursuant to the Defendant's employment contract, Charles Engelstein, President and a shareholder of MPD, exercised a non-

discretionary contractual option to purchase the aforementioned shares of common stock from the Defendant for the sum of $400,000.00; and

WHEREAS, the Defendant was properly served with the Writ of Continuing Garnishment and notified of his right to a hearing or to file a claim for exemption, but has not requested a hearing, claimed an exemption, or otherwise contested the garnishment proceeding, and the statutory time to do so has expired.

**IT IS HEREBY ORDERED** that within ten days of receipt of service of a certified copy of the Order of Garnishment, Memory Protection Devices, Inc. shall: (1) permit the transfer of the Defendant's sixty-six and 2/3 shares (66 2/3) of the common stock of MPD, pursuant to the terms of the employment contract described in the garnishee's affidavit; (2) issue a replacement stock certificate for sixty-six and 2/3 shares in the name of Charles Engelstein; and (3) deliver the certificate to Charles Engelstein in exchange for a check from Charles Engelstein, President of MPD, payable to the Clerk of the Court for the Eastern District of New York for $400,000.00, which shall be mailed or delivered by MPD to the Clerk of the Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, and shall reference "United States v. Thomas Blaha, CR-20-022 (JMA)" on its face; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three certified copies of this Order to Assistant U.S. Attorney Daniel Saavedra. U.S. Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York, 11201.

Dated: Brooklyn, New York
       September ___, 2023

_____
HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE