United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**2:23-CV-07051(HG)**

1) indicated that this case is related to the following case(s):

2:20CR00220(JMA)(ST)