UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. |
| v. ) | CR-20-0220 (JMA) |
| ) | |
| THOMAS BLAHA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MURTAGH, COSSU, VENDITTI & ) | |
| CASTRO-BLANCO, LLP ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby moves the Court, pursuant to 28 U.S.C. §3205(b)(1), to direct the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor Thomas Blaha ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $963,877.00 plus interest, entered in United States v. Thomas Blaha, Criminal Docket CR-20-0220 (E.D.N.Y.).

The sum of $854,612.38 has been credited toward the judgment, leaving a total balance due of $109,264.62, as of October 23, 2024. Interest is continuing to accrue.

Debtor's last known address is: 17 Meadow Street, Garden City, NY 11530.

More than thirty (30) days has elapsed since demand for payment of the above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Debtor, or

1

is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

John M. Murtagh
Murtagh, Cossu, Venditti & Castro-Blanco, LLP
222 Bloomingdale Road, Suite 202
White Plains, NY 10605

Dated: Brooklyn, New York
October 23, 2024

BREON PEACE
United States Attorney

By: _____
DANIEL G. SAAVEDRA
Assistant U.S. Attorney
(718) 254-6360