

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 13, 2025

**By ECF**
Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States of America v. Thomas Blaha,
            Criminal Docket No. CR-20-220 (EDNY)(JMA)

Dear Judge Azrack:

      The Government respectfully submits the attached Declaration in Support of an Order of Garnishment and proposed Order of Garnishment for Your Honor's review and signature. The proposed Order provides for the garnishment of the funds currently held by Murtagh, Cossu, Venditti & Catro-Blanco, LLP, to partially satisfy the Defendant's restitution obligation.

      The Government thanks the Court for its consideration of this matter.

                                      Respectfully submitted,

                                      BREON S. PEACE
                                      United States Attorney

               By:    /s/ Daniel G. Saavedra
                                      Daniel G. Saavedra
                                      Assistant U.S. Attorney
                                      (718) 254-6360