United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**25-cv-01569-JMA-AYS**
1) indicated that this case is related to the following case(s):

**20-cr-00220-JMA-ST**

OR

2) was directly assigned as a Pro Se case as related to