**FILED
CLERK**

4/8/2025 2:58 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Docket No. CR-20-0220 (JMA) |
| THOMAS BLAHA, | |
| Defendant, | |
| and | |
| MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP | |
| Garnishee. | |

WHEREAS, a Writ of Continuing Garnishment and supporting documents, directed to the Garnishee, MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP, ("Garnishee"), were duly issued on the basis of a restitution judgment imposed by the Court on November 2, 2022, in the amount of $963.877.00, against the defendant, Thomas Blaha, and in favor of the United States of America; and

WHEREAS, the outstanding balance of the defendant's restitution judgment was $108,964.62, as of March 13, 2025; and

WHEREAS, the garnishee filed an Answer on or about November 6, 2024, stating that it had in its custody, control, or possession, unused legal funds in which the defendant Thomas Blaha has an interest, and which had a value of $5,342.54 at the time of the service of the Writ of Garnishment; and

WHEREAS, Defendant Thomas Blaha was notified, more than twenty (20) days before the date of this Order, of his right to a hearing or to file a claim for exemption and has not requested a hearing, claimed an exemption or otherwise contested the garnishment proceeding; and

IT IS HEREBY ORDERED that within ten days of service of a certified copy of this order, the garnishee, MURTAGH, COSSU, VENDITTI & CASTRO-BLANCO, LLP, shall issue a check payable to the Clerk of the Court in the amount of $5,342.54, which shall be mailed to the Clerk of the Court, U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, and shall "*United States v. Thomas Blaha*, CR-20-0220"; and

IT IS FURTHER ORDERED THAT the Clerk of the Court shall forward three certified copies of this order to Assistant U.S. Attorney Daniel Saavedra. U.S. Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York, 11201.

Dated: Brooklyn, New York
      April 8, 2025

      /s/ JMA
      HONORABLE JOAN M. AZRACK
      UNITED STATES DISTRICT JUDGE