IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS BLAHA,<br><br>and,<br><br>MEMORY PROTECTION DEVICES, INC.<br>. | Criminal Docket No.<br>CR-20-0220(JMA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Carl Koerner, Esquire of White and Williams, LLP, hereby appears in the above-captioned matter as counsel for Garnishee Memory Protection Devices, Inc., and Agatha C. Mingos, Esquire withdraws her appearance.

                                                          **WHITE AND WILLIAMS LLP**

Dated: April 14, 2025         BY: _____

                                                         Carl Seldin Koerner, Esquire
                                                         810 Seventh Avenue, Suite 500
                                                         New York, NY 10019
                                                         (212) 631-4438
                                                         koernerc@whiteandwilliams.com
                                                         *Attorneys for Garnishee Memory Protection*
                                                         *Devices, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Carl Koerner, certify that a true and correct copy of the foregoing Notice of Appearance was served on this date upon all counsel of record via the Court's ECF system.

                                          Carl Seldin Koerner

Dated: April 14, 2025